

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00355-CV

In the **ESTATE OF MARY JANE HARGROVE**, Deceased

From the County Court at Law, Val Verde County, Texas
Trial Court No. 6430
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's "Order Probating Will And Authorizing Letters Testamentary" and "Order On Jim Bob Hargrove's Counter-Application For Probate Of Codicil" are AFFIRMED. All costs of appeal are assessed against appellant Jim Bob Hargrove.

SIGNED March 6, 2019.

_____
Rebeca C. Martinez, Justice